IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:26-cv-10197 |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　　　Please enter the appearance of Christopher B. Parkerson of Campbell Conroy & O'Neil, P.C., as counsel for defendant EverQuote, Inc. in connection with the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　EVERQUOTE, INC.
　　　　　　　　　　　　　　　　　　By its Attorneys,
　　　　　　　　　　　　　　　　　　CAMPBELL CONROY & O'NEIL, P.C.

　　　　　　　　　　　　　　　　　　*/s/ Christopher B. Parkerson*
　　　　　　　　　　　　　　　　　　Christopher B. Parkerson (BBO #662952)
　　　　　　　　　　　　　　　　　　cparkerson@campbell-trial-lawyers.com
　　　　　　　　　　　　　　　　　　20 City Square, Suite 300
　　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　　617-241-3000

## CERTIFICATE OF SERVICE

　　　　I, Christopher B. Parkerson, hereby certify that on February 11, 2026, I electronically filed the within, Notice of Appearance of Counsel, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Christopher B. Parkerson*
　　　　　　　　　　　　　　　　　　Christopher B. Parkerson