IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>EVERQUOTE, INC.<br><br>　　　　*Defendant*. | Case No. 1:26-cv-10197 |

**DEFENDANT EVERQUOTE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that EverQuote, Inc., ("EverQuote") has no parent corporation, and that no publicly held corporation owns 10% or more of EverQuote's stock.

Dated this 11th day of February 2026.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　EVERQUOTE, INC.
　　　　　　　　　　　　　　　　　　　By its Attorneys,
　　　　　　　　　　　　　　　　　　　CAMPBELL CONROY & O'NEIL, P.C.

　　　　　　　　　　　　　　　　　　　*/s/ Christopher B. Parkerson*
　　　　　　　　　　　　　　　　　　　Christopher B. Parkerson (BBO #662952)
　　　　　　　　　　　　　　　　　　　cparkerson@campbell-trial-lawyers.com
　　　　　　　　　　　　　　　　　　　20 City Square, Suite 300
　　　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　　　617-241-3000

**CERTIFICATE OF SERVICE**

I, Christopher B. Parkerson, hereby certify that on February 11, 2026, I electronically filed the within, Corporate Disclosure Statement, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Christopher B. Parkerson*
　　　　　　　　　　　　　　　　　　　Christopher B. Parkerson