IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC.,<br><br>      Defendant. | Case No. 1:26-cv-10197 |

**ASSENTED TO MOTION FOR ADMISSION OF TORI GUIDRY *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(3)(2), Christopher B. Parkerson, a member of the bar of this Court and counsel of record for the defendant, EverQuote, Inc., moves for the admission *pro hac vice* of Tori Guidry to appear in this case on behalf of the defendant.

As grounds for this motion, the following matters are stated in the affidavit of Ms. Guidry, attached hereto as Exhibit A.

1. Tori Guidry is an attorney at the law firm of Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618.

2. Ms. Guidry is a member of the bar in the State of Louisiana.

3. Ms. Guidry is a member in good standing in every jurisdiction in which she is admitted to practice.

4. Ms. Guidry is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar.

5. Ms. Guidry has not previously had a *pro hac vice* admission to this court, or other admission for a limited purpose under Local Rule 83.5.3, revoked for misconduct.

6. Ms. Guidry has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Ms. Guidry's Rule 83.5.3(e)(3) certification is reflected in his signed affidavit, Exhibit A.

Accordingly, it is respectfully requested that this Court enter an Order admitting Tori Guidry *pro hac vice* to appear as counsel for the defendant EverQuote, Inc. in the above-captioned case.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant hereby certifies that he has conferred with Plaintiff's counsel, who has assented to this motion.

>/s/ Christopher B. Parkerson
>Christopher B. Parkerson

>Respectfully submitted,
>
>EVERQUOTE, INC.
>By its Attorneys,
>CAMPBELL CONROY & O'NEIL, P.C.
>
>/s/ Christopher B. Parkerson
>Christopher B. Parkerson (BBO #662952)
>cparkerson@campbell-trial-lawyers.com
>20 City Square, Suite 300
>Boston, MA 02129
>617-241-3000

## CERTIFICATE OF SERVICE

I, Christopher B. Parkerson, hereby certify that on February 11, 2026, I electronically filed the within, Motion for Admission of Tori Guidry Pro Hac Vice, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

>/s/ Christopher B. Parkerson
>Christopher B. Parkerson