AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| LEON WEINGRAD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-10197 |
| EVERQUOTE, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant EverQuote, Inc.                                    .

Date:    02/23/2026

Eric. J. Troutman
*Attorney's signature*

Eric J. Troutman CA State Bar # 229263
*Printed name and bar number*

400 Spectrum Center Drive, Suite 1550
Irvine, California 92618

*Address*

troutman@troutmanamin.com
*E-mail address*

(949) 761-5021
*Telephone number*

(949) 203-8689
*FAX number*

[Print]   [Save As...]                                    [Reset]