AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| LEON WEINGRAD ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:26-cv-10197 |
| EVERQUOTE, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant EverQuote, Inc.                                                                        .

Date:   3/16/2026

Tori Guidry
*Attorney's signature*

Tori Guidry LA Bar #37704
*Printed name and bar number*

400 Spectrum Center Drive, Suite 1550
Irvine, California 92618

*Address*

tori@troutmanamin.com
*E-mail address*

(985) 688-3307
*Telephone number*

(949) 203-8689
*FAX number*

Print    Save As...    Reset