**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LEON WEINGRAD, individually and on behalf of all others similarly situated,

        *Plaintiff,*

v.

EVERQUOTE, INC.,

        *Defendant.*

Case No. 1:26-cv-10197

**DEFENDANT EVERQUOTE, INC.'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, hereby moves this Honorable Court to dismiss Plaintiff Leon Weingrad's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

I HEREBY CERTIFY that on March 20, 2026, counsel for EverQuote conferred with counsel for Plaintiff regarding the aforementioned motion via Microsoft Teams Videoconference. Plaintiff indicated that he would oppose such motion.

        */s/ Tori L. Guidry*
        Tori L. Guidry

1

Dated: March 23, 2026                    Respectfully submitted,

                                        /s/ Christopher B. Parkerson
                                        Christopher B. Parkerson, (BBO#662952)
                                        Campbell Conroy & O'Neil, P.C.
                                        20 City Square, Suite 300
                                        Boston, MA 02129
                                        Telephone: (617) 241-3075
                                        cparkerson@campbell-trial-lawyers.com

                                        AND

                                        Eric J. Troutman (*pro hac vice)*
                                        Tori L. Guidry (*pro hac vice*)
                                        400 Spectrum Center Drive
                                        Suite 1550
                                        Irvine, CA 92618
                                        Telephone: (949) 350-3663
                                        Facsimile:(949)203-8689
                                        tori@troutmanamin.com

                                        *Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        /s/ Christopher B. Parkerson
                                        Christopher B. Parkerson