**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated,<br><br>            *Plaintiff,*<br><br>*v.*<br><br>**EVERQUOTE, INC.**,<br><br>            *Defendant.* | Case No. 1:26-cv-10197 |

**DEFENDANT EVERQUOTE, INC.'S
MOTION TO STRIKE CLASS ALLEGATIONS**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order striking the class allegations of Plaintiff Leon Weingrad's ("Plaintiff") Complaint.

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

I HEREBY CERTIFY that on March 20, 2026, counsel for EverQuote conferred with counsel for Plaintiff regarding the aforementioned motion via Microsoft Teams Videoconference. Plaintiff indicated that he would oppose such motion.  Additionally, I attempted to confer with Plaintiff's counsel on March 23, 2026, via telephone, but with no response.

                    */s/ Tori L. Guidry*
                     Tori L. Guidry

1

Dated: March 23, 2026

Respectfully submitted,

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

AND

Eric J. Troutman (*pro hac vice)*
Tori L. Guidry (*pro hac vice*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

2