**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>*v.*<br><br>**EVERQUOTE, INC.**<br><br>    *Defendant.* | Case No. 1:26-cv-10197 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff Leon Weingrad respectfully moves for a two-week extension of time, up to and including April 20, 2026, to file his opposition to Defendant EverQuote, Inc.'s Motion to Compel Arbitration.

Pursuant to Local Rule 7.1(b)(2), a party has fourteen (14) days to file an opposition to a motion. Defendant filed its Motion to Compel Arbitration on March 23, 2026, making Plaintiff's opposition currently due on April 6, 2026. Plaintiff seeks a modest extension of that deadline.

Good cause exists for this request. Defendant's Motion to Compel Arbitration raises significant legal and factual issues, including issues concerning contract formation, consent, and arbitrability. Plaintiff requires additional time to fully address these issues and to prepare a thorough and complete response.

This request is made in good faith and not for purposes of delay. The requested extension will not prejudice Defendant. Plaintiff has conferred with Defendant's counsel, and Defendant does not oppose this request.

2

Accordingly, Plaintiff respectfully requests that the Court grant this unopposed motion and extend Plaintiff's deadline to file his opposition to Defendant's Motion to Compel Arbitration to April 20, 2026.

Dated: March 29, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
Counsel for the Plaintiff