# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00523-NYW-NRN

CATHERINE SPOON, on behalf of herself and all others similarly situated,

      Plaintiff,

v.

ANGI, INC., a Delaware corporation,

      Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

---

PLEASE TAKE NOTICE that Troutman Amin, LLP, attorneys for Angi, Inc., hereby provides notice of a change of suite number in its address. All future correspondence, notices, and pleadings should be directed to the undersigned counsel as follows

      Eric J. Troutman (State Bar # 229263)
      Puja J. Amin (State Bar # 299547)
      Brittany A. Andres (State Bar # 340856)
      400 Spectrum Center, Ste. 1450
      Irvine, CA 92618

Dated: April 6, 2026

**TROUTMAN AMIN, LLP**

By: */s/ Brittany Andres*
Eric J. Troutman
Puja Amin
Brittany A. Andres
400 Spectrum Center Drive, Suite 1450
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
E-mail: troutman@troutmanamin.com
E-mail: amin@troutmanamin.com
E-mail: brittany@troutmanamin.com

*Counsel for Defendant Angi, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brittany A. Andres*

Brittany A. Andres

2