AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts  ▾

| | |
|---|---|
| LEON WEINGRAD | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-10197-PGL |
| EVERQUOTE, INC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant EverQuote, Inc.                                          .

Date:     04/08/2026

/s/ Blake H. Landis
*Attorney's signature*

Blake H. Landis (FBN 1058506)
*Printed name and bar number*
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida  33431

*Address*

blake@troutmanamin.com
*E-mail address*

(772) 538-9000
*Telephone number*

(949) 203-8689
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|