UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Leon Weingrad**

     **V.**                          **CIVIL ACTION NO. 1:26-cv-10197-MJJ**


  **Everquote, Inc**


<u>**SETTLEMENT ORDER OF DISMISSAL**</u>


**JOUN, D.J.**


    The Court have been advised that the above-entitled action has been settled.

    IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within sixty **(60) days**, to reopen the action if settlement is not consummated.


                                      /s/ Sophie Phillips

July 16, 2026

                                      **Deputy Clerk**